## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CRIMINAL DOCKET NO.: 3:01CR178-1-V

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **JAMES EDWARD BYRD, III,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court upon remand from the Fourth Circuit Court of Appeals for further proceedings consistent with the Court's opinion.[1]

**IT IS, THEREFORE, ORDERED THAT:**

1) The U.S. Marshal shall deliver the above-named Defendant so that his presence may be secured in the United States District Court for the Western District of North Carolina **on or before December 12, 2005**;

2) Defendant shall appear for re-sentencing before the undersigned in the Charlotte Division on **January 23, 2006 at 11:00 a.m.**;

3) The Deputy Clerk shall deliver a copy of this Order to Defendant, Defense Counsel, U. S. Attorney's Office, U. S. Marshal (certified copy), U. S. Probation, and the Courtroom Deputy.

---

[1] The mandate issued October 11, 2005.

**Signed: October 31, 2005**

Richard L. Voorhees
United States District Judge