**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO.: 3:01CR178-1-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **JAMES EDWARD BYRD, III,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on its own motion for purposes of rescheduling the resentencing hearing in this matter.

**IT IS, THEREFORE, ORDERED THAT:**

1) Defendant shall appear for re-sentencing before the undersigned in the Charlotte Division on **Friday, January 27, 2006 at 11:00 a.m.**;

3) The Deputy Clerk shall deliver a copy of this Order to Defendant, Defense Counsel, U. S. Attorney's Office, U. S. Marshal, U. S. Probation, and the Courtroom Deputy.

**Signed: October 31, 2005**


Richard L. Voorhees
United States District Judge

**Signed: January 10, 2006**

Richard L. Voorhees
United States District Judge