# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:01cr178

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMES EDWARD BYRD, III. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Release Sealed Documents. [Doc. 249].

The Defendant, through appellate counsel, moves for the release of the Statement of Reasons entered on August 21, 2008 [Doc. 224] for the purpose of preparing the Defendant's brief on appeal.

For the reasons stated in the Defendant's Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Release Sealed Documents [Doc. 249] is **ALLOWED**. The Clerk of Court is instructed to release the Statement of Reasons [Doc. 224] to the Defendant's counsel. The Statement of Reasons [Doc. 224] otherwise shall remain filed under seal.

**IT IS SO ORDERED.**

Signed: March 23, 2009

Martin Reidinger
United States District Judge